In the Matter of the Administration of the Goods, Chattels and Credits of MARGARET T. KIRWIN, Sometimes Called MARGARET KIRWAN, Deceased. TIMOTHY J. KIRWIN, Appellant; CHRISTINA E. LAHERTY, Respondent.— Decree of the Surrogate's Court of Queens county appointing the respondent administratrix of the estate of her deceased sister unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of FRANK H. MACKINTOSH, Respondent, to Fix and Determine His Compensation as an Attorney for Services Rendered to the Estate of JOHN KRAFT, Deceased. JOHN KRAFT, JR., as Administrator, etc., of JOHN KRAFT, Deceased, Appellant.— Decree of the Surrogate's Court of Westchester county, in a proceeding under section 231-a of the Surrogate's Court Act, unanimously affirmed, with costs against the appellant personally. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of the Petition of FRANK V. KELLY, Public Administrator of Kings County, as Administrator, etc., of PAROVEL NAZARO or NAZORIS, Deceased, for a Discovery Order. FRANK V. KELLY, as Public Administrator of Kings County, as Administrator, etc., of PAROVEL NAZARO or NAZORIS, Deceased, Respondent; JOHN SINOSICH, Appellant.— Order of the Surrogate's Court of Kings county, confirming the report of the referee and directing John Sinosich to turn over certain bank books in the name of the decedent, reversed on the law and the facts, with costs to appellant, payable out of the fund, motion to confirm the report denied, and matter remitted to the Surrogate's Court to make a decree awarding the property to appellant. The evidence sufficiently established that a gift *causa mortis* of the six savings bank books in question had been made by the decedent to appellant. Appeal from referee's report dismissed. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.